# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Walton, Leslie Ray | § | Case No. 12-60380 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

> Funds were disbursed in the following amounts:
>
> Payments made under an interim
> disbursement
> Administrative expenses
> Bank service fees
> Other payments to creditors
> Non-estate funds paid to 3rd Parties
> Exemptions paid to the debtor
> Other payments to the debtor
>
> Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $        . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Ronald R. Sticka, Trustee _____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 12-60380 | fra | Judge: Frank R. Alley, III |
|---|---|---|---|
| Case Name: | Walton, Leslie Ray | | |

For Period Ending:  09/30/13

| Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/06/12 (f) |
| 341(a) Meeting Date: | 03/09/12 |
| Claims Bar Date: | 11/27/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | RESIDENCE | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. | FINANCIAL ACCOUNTS | 50.00 | 0.00 | | 0.00 | FA |
| 4. | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 6. | FIREARMS | 500.00 | 0.00 | | 0.00 | FA |
| 7. | 1999 FORD F250 | 7,391.00 | 2,000.00 | | 2,000.00 | FA |
| 8. | TOOLS | 690.00 | 0.00 | | 0.00 | FA |
| 9. | 2003 KAWASAKI QUAD | 900.00 | 350.00 | | 0.00 | FA |
| 10. | TAX REFUNDS - 2011 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11. | WAGES - H (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. | INTEREST ON NOTES PAYABLE (u) | 0.00 | 71.00 | | 71.00 | FA |
| 13. | Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $132,451.00          $2,421.00                    $2,071.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/20/14          Current Projected Date of Final Report (TFR): 09/30/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

Case No:   12-60380 -fra
Case Name:   Walton, Leslie Ray

Taxpayer ID No: *******9927
For Period Ending: 09/30/13

Trustee Name:   Ronald R. Sticka, Trustee
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******9605  Checking Account

Blanket Bond (per case limit):   $ 82,344,543.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 237.85 | | 237.85 |
| 10/22/12 | 7, 12 | WALTON BUILDING INC | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 475.85 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.12 | 475.73 |
| 11/19/12 | 7, 12 | WALTON BUILDING INC | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 713.73 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.35 | 713.38 |
| 12/26/12 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 951.38 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.48 | 950.90 |
| 01/09/13 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 1,188.90 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,178.90 |
| 02/18/13 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 1,416.90 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,406.90 |
| 03/19/13 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 1,644.90 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,634.90 |
| 04/11/13 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 238.00 | | 1,872.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,862.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,852.90 |
| 06/10/13 | 7, 12 | Walton Building Inc. | PAYMENT ON VEHICLE | 1129-000 | 167.00 | | 2,019.90 |

COLUMN TOTALS   2,070.85   50.95   2,019.90
Less: Bank Transfers/CD's   237.85   0.00
Subtotal   1,833.00   50.95
Less: Payments to Debtors   0.00
Net   1,833.00   50.95

Page Subtotals   2,070.85   50.95

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*   Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 12-60380 -fra |
| Case Name: | Walton, Leslie Ray |
| Taxpayer ID No: | *******9927 |
| For Period Ending: | 09/30/13 |

| Trustee Name: | Ronald R. Sticka, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0235  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/12 | 7, 12 | WALTON BUILDING INC | VEHICLE PMT | 1129-000 | 238.00 | | 238.00 |
| 10/10/12 | | Transfer to Acct #*******5016 | Final Posting Transfer | 9999-000 | | 238.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 238.00 | 238.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 238.00 | |
| Subtotal | 238.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 238.00 | 0.00 | |

|  | Page Subtotals | 238.00 | 238.00 |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-60380 -fra |
|---|---|
| Case Name: | Walton, Leslie Ray |

Taxpayer ID No: *******9927
For Period Ending: 09/30/13

Trustee Name: Ronald R. Sticka, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5016  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 82,344,543.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/10/12 | | Transfer from Acct #*******0235 | Transfer In From MMA Account | 9999-000 | 238.00 | | 238.00 |
| 10/16/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 0.15 | 237.85 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/16/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 237.85 | 0.00 |

COLUMN TOTALS: 238.00 | 238.00 | 0.00
Less:  Bank Transfers/CD's: 238.00 | 237.85
Subtotal: 0.00 | 0.15
Less:  Payments to Debtors: 0.00
Net: 0.00 | 0.15

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9605 | 1,833.00 | 50.95 | 2,019.90 |
| Money Market Account (Interest Earn - *******0235 | 238.00 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******5016 | 0.00 | 0.15 | 0.00 |
| | 2,071.00 | 51.10 | 2,019.90 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-60380
Case Name: Walton, Leslie Ray
Trustee Name: Ronald R. Sticka, Trustee

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ronald R. Sticka, Trustee | $ | $ | $ |
| Trustee Expenses: Ronald R. Sticka, Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | ODR Bkcy | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | DOJ, Division of Child Support | $ | $ | $ |
| 000004A | IRS | $ | $ | $ |

       Total to be paid to priority creditors         $_____

       Remaining Balance         $_____

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution | $ | $ | $ |

       Total to be paid to timely general unsecured creditors      $_____

       Remaining Balance         $_____

       Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000002B | ODR Bkcy | $ | $ | $ |
| 000004B | IRS | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____